703 A.2d 276

IN THE MATTER OF PHILIP V. TORONTO,
AN ATTORNEY AT LAW.

December 16, 1997.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **PHILIP V. TORONTO** of **LODI**, who was admitted to the bar of this State in 1982, and who was suspended from the practice of law for three months by Order of this Court dated July 11, 1997, be restored to the practice of law, effective immediately.